IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Herron Jr, George E | Case Number: 08 B 08216 |
|---|---|---|
| | Marshall, Teresa | Judge: Hollis, Pamela S |
| | Printed: 12/16/08 | Filed: 4/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 3, 2008
Confirmed: June 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,300.00 | |
| Secured: | | 152.18 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,063.31 |
| Trustee Fee: | | 84.51 |
| Other Funds: | | 0.00 |
| Totals: | 1,300.00 | 1,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 1,063.31 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 456.54 | 152.18 |
| 5. | Monterey Collection Service | Secured | 256.97 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 2,626.06 | 0.00 |
| 7. | Wilshire Credit Corp | Secured | 18,259.36 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 28.15 | 0.00 |
| 9. | Nicor Gas | Unsecured | 40.86 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 62.87 | 0.00 |
| 11. | Capital One | Unsecured | 336.89 | 0.00 |
| 12. | Monterey Collection Service | Unsecured | 40.11 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 113.65 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 719.76 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 230.85 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 221.68 | 0.00 |
| 17. | Commonwealth Edison | Unsecured | 113.75 | 0.00 |
| 18. | Rothberg & Logan | Unsecured | 919.73 | 0.00 |
| 19. | Cook County Treasurer | Secured | | No Claim Filed |
| 20. | Ford Credit | Unsecured | | No Claim Filed |
| 21. | CCA | Unsecured | | No Claim Filed |
| 22. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 23. | Collection | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 26,927.23 | $ 1,215.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Herron Jr, George E | Case Number: 08 B 08216 |
|---|---|---|
| | Marshall, Teresa | Judge: Hollis, Pamela S |
| | Printed: 12/16/08 | Filed: 4/4/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 83.74 |
| 6.6% | 0.77 |
| | $ 84.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

